UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE MCFADDEN, | ) |
| Plaintiff | ) ) ) |
| v. | ) Case No.: 2:16-cv-01763-JD ) |
| KOHL'S CORPORATION | ) ) |
| Defendant | ) ) ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: December 15, 2016       BY: */s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2016, a true and correct copy of the foregoing pleading was served via ECF to the below:

**JEFFREY S. JACOBSON**
KELLEY DRYE & WARREN LLP
ONE JEFFERSON ROAD, 2ND FL
PARSIPPANY, NJ 07054
PHONE:973-503-5900
EMAIL:jjacobson@kelleydrye.com

Dated: December 15, 2016

BY: */s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff